**Alejandro CORDERO–PONCE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–70784.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2013.

Martin R. Robles–Avila, Esquire, Federal Immigration Counselors, Inc., APC, San Francisco, CA, for Petitioner.

Karen Y. Stewart, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Alejandro Cordero–Ponce, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substan-

tial evidence the factual findings underlying the agency's determination that an applicant is not eligible for CAT protection, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of Cordero–Ponce's CAT claim because he failed to show it is more likely than not that he will be tortured if returned to Mexico. *See Zheng v. Holder*, 644 F.3d 829, 835–36 (9th Cir.2011) (claim of possible torture speculative).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

